UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------x

Anthony Ayiomamitis,

                    Plaintiffs,         21-cv-02157 (LAK)(OTW)

v.

Spine Media, LLC
*a Delaware Limited Liability Company,*

*individually and doing business as*
Definition.org,

                    Defendant(s).
-------------------------------x

## ORDER

        On June 9, 2021 plaintiff filed a notice of settlement (DI 16). Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, July 15, 2021, if the settlement is not executed by then.

        SO ORDERED.

DATED:     June 15, 2021

                                              Lewis A. Kaplan
                                     United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6-15-21